EASTERN DISTRICT OF MICHIGAN

In the Matter of:

Case No. 05-42956

NANCY JEAN DAVIS

Chapter 13 Proceedings

Debtor(s)

Hon. STEVEN W RHODES

**AMENDED NOTICE OF UNCLAIMED DIVIDENDS**

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| **Creditor or Debtor Name and Account Number** | **COURT CLM.#** | **TRUSTEE CLM.#** | **CLASS OF CLAIM** | **CHECK#** | **AMT. OF CHECK** |
|---|---|---|---|---|---|
| NANCY JEAN DAVIS<br>1003 HITCHCOCK DR<br>AIKEN, SC 29803 | 0 | 0 | DEBTOR UNCLAIMED | 3418171 | $1.29 |
| **TOTAL** | | | | | $1.29 |

Dated: 01/28/11

/S/KRISPEN S CARROLL

Krispen S. Carroll, Standing
Chapter 13 Trustee
719 Griswold, Ste. 1100
Detroit, MI 48226
(313) 962-5035